COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-323-CV

 

 

IN RE RAYMOND SPOTH,
GEORGE RAY, INC.,                          RELATORS

PSI PARTNERS, LTD., AND PSI GP, LLC AS 

THE GENERAL PARTNER OF
PSI PARTNERS, LTD.                                    

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: 
LIVINGSTON, HOLMAN, and WALKER, JJ.

 








DELIVERED: September 21, 2006











    [1]See
Tex. R. App. P. 47.4.